## 9635. KENDALL v. GOODSON.

BROYLES, P. J. 1. In an action for damages for malicious prosecution, where the petition alleges that the prosecution was without probable cause, allegations showing that the defendant appeared before the grand jury as a witness and succeeded in getting a true bill returned against the petitioner, on an indictment drawn by the solicitor-general of the circuit, do not render the petition subject to general demurrer, when it does not appear that the defendant made to the solicitor-general a fair, truthful, and complete statement of the facts connecting the petitioner with the alleged criminal offenses. *Hicks* v. *Brantley,* 102 *Ga.* 264, 273 (29 S. E. 459). See also *Clark* v. *Douglas,* 6 *Ga. App.* 489 (65 S. E. 304).

2. Under the foregoing ruling the court did not err in overruling the general demurrer to the petition.

*Judgment affirmed. Bloodworth and Harwell, JJ., concur.*

Decided July 10, 1918.

Action for damages; from city court of Sylvester—Judge Monk. March 5, 1918.

*Parker & Gibson, Perry & Williamson,* for plaintiff in error.

*James L. Dowling, Erle B. Askew,* contra.